IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

M. CALLIE HOFFMAN

   Plaintiff

v.     Civil Action No.: AMD 00 CV 1446

LINCOLN LIFE AND ANNUITY
DISTRIBUTERS, INC., f/k/a

LINCOLN FINANCIAL GROUP,
INC., et al.,

   Defendants

\* \* \* \* \* \* \* \* \* \* \*

ORDER

It is HEREBY ORDERED on this 17 day of July, 2000, that the time for filing Plaintiff's Response to Defendants' Motion to Dismiss Count Five of the Complaint is extended through and until August 4, 2000.

                                                              _____
                                                              ANDRE M. DAVIS
                                                              U.S. District Court Judge