FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 14  A 8:35

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

M. CALLIE HOFFMAN,                    *

   Plaintiff,                         *

                                      *    Civil Action No.: AMD 00 CV 1446
v.                                    *

LINCOLN LIFE AND ANNUITY
DISTRIBUTORS, INC., f/k/a             *
LINCOLN FINANCIAL GROUP, INC., *et al.*,
                                      *
   Defendants.                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### LINE WITHDRAWING MOTION TO DISMISS COUNT FIVE OF THE COMPLAINT

Defendants, Lincoln Life and Annuity Distributors, Inc., f/k/a Lincoln Financial Group, Inc., a/k/a Lincoln Financial Advisors, George L. Buckless, Jr., and Jeffrey W. Lang, Sr., hereby withdraw the motion to dismiss count five of the complaint filed on June 28, 2000 in the above-captioned action. Said motion was rendered moot by the filing of plaintiff's amended complaint.



APPROVED
[signature]
8/14/2000



*[signature]*

Bryan D. Bolton
Federal Bar No. 02112
Michael R. McCann
Federal Bar No. 23751

Funk & Bolton, P.A.
100 Light Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-7700

Attorneys for Defendants Lincoln Life and Annuity Distributors, Inc., f/k/a Lincoln Financial Group, Inc., a/k/a Lincoln Financial Advisors, George L. Buckless, Jr., and Jeffrey W. Lang, Sr.

Dated:      August 10, 2000

43611.044:37967

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 10th day of August, 2000, a copy of the Line Withdrawing Motion to Dismiss Count Five of the Complaint was mailed, first class, postage prepaid, to:

> Carl R. Gold, Esquire
> Law Offices of Carl R. Gold
> 402 West Pennsylvania Avenue
> Towson, Maryland 21204
>
> Attorney for Plaintiff, M. Callie Hoffman

_____
Michael R. McCann

43611.044:37967

3