IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

M. CALLIE HOFFMAN, :
   Plaintiff :
    :
v. : CIVIL NO. AMD 00-1446
    :
LINCOLN LIFE AND ANNUITY :
DISTRIBUTORS, INC., :
   Defendants :

...oOo...

MEMORANDUM

In this employment discrimination action, defendant has filed two motions. In an off-the-record telephone conference, I indicated my ruling on the motions.

First, defendant moves in limine to exclude a series of letters written by counsel for plaintiff to defendant prior to the institution of this law suit. Plaintiff has indicated that she intends to offer into evidence only the letter of September 9, 1998, as proof of notice to defendant of harassing behavior to which she was subjected in the workplace. I shall admit a properly redacted copy of the letter if the issue of notice is disputed at trial.

Second, defendant has filed a motion to compel discovery. As I have explained to counsel for the parties, I will deny the motion without prejudice. However, plaintiff will be limited in her proof at summary judgment and at trial to only those details and documents which are produced in discovery. An order follows.

Filed: November 22, 2000

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE