IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| M. CALLIE HOFFMAN,<br>  Plaintiff | : | |
| v. | : | CIVIL NO. AMD 00-1446 |
| LINCOLN LIFE AND ANNUITY<br>DISTRIBUTORS, INC.,<br>  Defendants | : | |

...oOo...

ORDER

In accordance with the foregoing Memorandum, it is this 22th day of November, 2000, by the United States District Court for the District of Maryland, ORDERED

(1)   That the motion in limine (Paper No. 13) is GRANTED IN PART AND DENIED IN PART; and it is further ORDERED

(2)   That the motion to compel (Paper No. 14) is DENIED WITHOUT PREJUDICE; and it is further ORDERED

(3)   That the Clerk of the Court shall TRANSMIT a copy of this Order and the foregoing Memorandum to the attorneys of record.

_____
ANDRE M. DAVIS
United States District Judge