IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

M. CALLIE HOFFMAN

    Plaintiff

    v.                       CIVIL ACTION NO.: AMD 00 CV 1446

LINCOLN LIFE AND ANNUITY
DISTRIBUTORS, INC., et al.

    Defendants

\* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE

To: THE HONORABLE JUDGE ANDRE M. DAVIS

From: CARL R. GOLD, Counsel for Plaintiff; AND, MICHAEL McCANN, Counsel for Defendants.

The counsel for the above parties, hereby file this joint motion to extend the discovery deadline in the above matter, and they state as follows:

1. The respective counsel have jointly agreed to extend the discovery deadline for the limited purpose of allowing the depositions of Jeffrey W. Lang, Sr. and George L. Buckless Jr.

2. Each of these parties is scheduled to be deposed on November 30, 2000 at 9:30 a.m. and 1:30 p.m., respectively.

3. Deposition notices for these two parties have previously been provided to Defendants counsel and each counsel is in agreement as to the times and date of the depositions.

4. This extension is limited to the depositions of Mssrs. Lang

and Buckless only.

WHEREFORE, the counsel for the above parties respectfully request that the discovery deadline be extended to November 30, 2000 for the limited purpose of allowing the depositions of George L. Buckless Jr. and Jeffrey W. Lang, Sr.

_____
CARL R. GOLD
402 W. Pennsylvania Avenue
Towson, Maryland 21204
410-337-5545
Attorney for the Plaintiff

_____
Michael R. McCann, Esq.
Funk & Bolton
100 Light Street, Suite 1000
Baltimore, Maryland 21202-1036
Attorneys for Defendants

Approved:

11/28/2000                      _____
                                HONORABLE JUDGE ANDRE M. DAVIS

Hoffm001/JntMtn2Extnd