UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND
(410) 962-0801
FAX (410) 962-0820

November 29, 2000

MEMORANDUM TO COUNSEL RE: Hoffman v. Lincoln Life, etc.
Civil. No. AMD 00-1446

This will acknowledge Mr. Gold's letter dated November 27, 2000.

Defendant's prophylactic approach to the letter is understandable; I would not attribute an improper purpose to Mr. McCann's notification to plaintiff that Mr. Gold might be called as a witness. After all, defendant does not know exactly what portion of the letter I will admit.

In any event, I am satisfied, based on my present understanding of the facts and circumstances, that Mr. Gold certainly will not become a witness at trial. The portion of the letter that I expect to admit speaks for itself. The *purpose* of the letter or why it was delivered to defendant is irrelevant to the issue whether a portion of the letter might reasonably be understood to put defendant's agents on notice of certain complaints.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file