UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| M. CALLIE HOFFMAN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: AMD 00 CV 1446 |
| LINCOLN LIFE AND ANNUITY DISTRIBUTORS, INC., f/k/a LINCOLN FINANCIAL GROUP, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' MOTION TO RECONSIDER NOVEMBER 29, 2000 ORDER

Defendants, Lincoln Life and Annuity Distributors, Inc., f/k/a Lincoln Financial Group, Inc., a/k/a Lincoln Financial Advisors, George L. Buckless, Jr., and Jeffrey W. Lang, Sr., pursuant to Fed. R. Civ. P. 7(b) and Local Rule 105.10, move for reconsideration of the Court's November 29, 2000 Order. The grounds for this motion are stated in the memorandum of law filed contemporaneously herewith.

12/12/2000

DENIED