UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

December 12, 2000

DEC 1 2 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

MEMORANDUM TO COUNSEL RE:   Hoffman v. Lincoln Life and Annuity Distributors, Inc.
Civil No. AMD 00-1446

I am today denying by marginal order defendants' motion for reconsideration.

I write only to express my amazement that in the face of the recent teleconference I had with counsel, it is only now being disclosed that defendant is denying it ever received the disputed letter at all! I would have thought that candor with the Court required that that aspect of the swirling dispute around the letter should have been disclosed during the telephone conference.

I assure counsel that none of the preliminary rulings made so far in this case, which apparently is going to be fought in classic "tooth and nail, scorched earth" parameters, are written in stone and are just what they purport to be-- preliminary rulings.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file