

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| M. CALLIE HOFFMAN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: AMD 00 CV 1446 |
| LINCOLN LIFE AND ANNUITY DISTRIBUTORS, INC., f/k/a LINCOLN FINANCIAL GROUP, INC., *et al.*, | * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION EXTENDING DISPOSITIVE MOTIONS DEADLINE BY THREE DAYS

Plaintiff, M. Callie Hoffman, and defendants, Lincoln Life and Annuity Distributors, Inc., f/k/a Lincoln Financial Group, Inc., a/k/a Lincoln Financial Advisors, George L. Buckless, Jr., and Jeffrey W. Lang, Sr., by their undersigned counsel, hereby stipulate and agree to extend the dispositive motions deadline in the above-captioned matter to December 29, 2000. Defendants requested this stipulation and plaintiff agreed.



Respectfully submitted,

*[signature]*
Carl R. Gold
Federal Bar No. 0643

Law Offices of Carl R. Gold
402 West Pennsylvania Avenue
Towson, Maryland 21204
(410) 337-5545

Attorneys for M. Callie Hoffman

*[signature]*
Bryan D. Bolton
Federal Bar No. 02112
Michael R. McCann
Federal Bar No. 23751

Funk & Bolton, P.A.
100 Light Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-7700

Attorneys for Defendants, Lincoln Life and Annuity Distributors, Inc., f/k/a Lincoln Financial Group, Inc., a/k/a Lincoln Financial Advisors, George L. Buckless, Jr., and Jeffrey W. Lang, Sr.

Dated:       December 19, 2000

SO ORDERED:

*December 21, 2000*
Date

*[signature]*
United States District Judge

43611.044:40928