IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

M. CALLIE HOFFMAN, :
    Plaintiff :
     :
v. : Civil No. AMD 00-1446
     :
LINCOLN LIFE AND ANNUITY :
DISTRIBUTORS, INC., et al., :
    Defendants :

...oOo...

ORDER

In accordance with the foregoing Memorandum, it is this 30th day of April, 2001, by the United States District Court for the District of Maryland ORDERED

    (1)    That the defendants' motion for summary judgment is GRANTED AND JUDGMENT IS ENTERED IN FAVOR OF ALL DEFENDANTS AGAINST PLAINTIFF AS TO ALL CLAIMS; and it is further ORDERED

    (2)    That the Clerk shall CLOSE THIS CASE and TRANSMIT copies of this Order and the foregoing Memorandum to counsel.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

